

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

CEDRIC WAYNE LOFTIN,

Defendant.

Case: 4:21-cr-20569
Judge: Davis, Stephanie Dawkins
MJ: Ivy, Curtis
Filed: 09-01-2021
INDI USA v. SEALED MATTER (tt)




**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Felon in possession of a firearm**
**(18 U.S.C. § 922(g)(1))**

On or about August 22, 2021, in the Eastern District of Michigan, Cedric Loftin, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Smith & Wesson .40 caliber semi-automatic handgun, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

**THIS IS A TRUE BILL.**

s/GRAND JURY FOREPERSON

Dated: September 1, 2021

SAIMA MOHSIN
Acting United States Attorney

s/TIMOTHY M. TURKELSON
TIMOTHY M. TURKELSON (P53748)
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
Telephone number: (989) 895-5712
Timothy.turkelson@usdoj.gov

s/ANTHONY P. VANCE
ANTHONY P. VANCE (P61148)
Assistant United States Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AU**

| United States District Court Eastern District of Michigan | **Criminal Case Cove** |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl**

Case: 4:21-cr-20569
Judge: Davis, Stephanie Dawkins
MJ: Ivy, Curtis
Filed: 09-01-2021
INDI USA v. SEALED MATTER (tt)

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** ☑ **No** | **AUSA's Initials:** TT |

**Case Title:** USA v. CEDRIC WAYNE LOFTIN

**County where offense occurred :** GENESEE

**Check One:** ☑ **Felony** ☐ **Misdemeanor** ☐ **Petty**

_X_Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ____________]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________ **Judge:** ____________

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 1, 2021
Date

s/TIMOTHY TURKELSON
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.